DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM RUGER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2247

[October 30, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502001CF004703A.

William Ruger, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***